IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB IRWIN,<br><br>       Plaintiff,<br><br>    v.<br><br>OPEN DATA REGISTRY, INC.,<br><br>       Defendant. | Case No. 13-1813 JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

    Plaintiff filed this action against Defendants Open Data Registry, Inc. and Jeff Stein on April 22, 2013.  The parties were ordered to appear for a case management conference on October 3, 2013 at 1:30 p.m.  At that date and time, Defendant Jeff Stein appeared, representing himself, but Plaintiff did not.  And Plaintiff did not otherwise communicate with the Court about his appearance.

    Accordingly, Plaintiff Jacob Irwin is ORDERED TO SHOW CAUSE why this action should not be dismissed for a failure to prosecute pursuant to Federal Rule of Civil Procedure 41.  In particular, **Plaintiff shall appear in person for a continued case management conference on Thursday, November 7, 2013 at 1:30 p.m.** to show cause for his failure to appear on October 3, 2013.  Plaintiff is warned that his failure to appear may lead to dismissal

1  of his lawsuit with prejudice.  As Defendant Jeff Stein appeared in person at the October 3,
2  2013 case management conference, he may appear by telephone on November 7, 2013.
3  **IT IS SO ORDERED.**

5  Dated: October 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2