IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB IRWIN, | Case No. 13-1813 JSC |
| Plaintiff, | **DISMISSAL ORDER** |
| v. | |
| OPEN DATA REGISTRY, INC., | |
| Defendant. | |

Plaintiff filed this action against Defendants Open Data Registry, Inc. and Jeff Stein on April 22, 2013. The parties were ordered to appear for a case management conference on October 3, 2013 at 1:30 p.m. At that date and time, Defendant Jeff Stein appeared, representing himself, but Plaintiff did not. The Court thereafter issued an Order to Show Cause as to why the action should not be dismissed for failure to prosecute which required Plaintiff to appear for a continued case management conference on November 7, 2013. (Dkt. No. 21.) Plaintiff failed to appear a second time on November 7, 2013, and has not communicated with the Court in any way.

Accordingly, the Court hereby DISMISSES this action with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 7, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE